UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20419-CR-MARTINEZ

UNITED STATES OF AMERICA

-v.-

FREDERIC BLAIR LAYNE,

        Defendant.

_____/

## FINAL ORDER OF FORFEITURE

WHEREAS, in the above case, the government sought forfeiture of the defendant's interest in all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the fraud offenses charged in the Indictment, including but not limited to a sum of money equal to $12 million in United States currency, representing the amount of proceeds obtained as a result of the charged fraud, for which the defendants were jointly and severally liable.

WHEREAS, on or about April 27, 2005, the Government included the following funds in its criminal forfeiture allegation by filing a Bill of Particulars:

        i.   United States currency in the amount of $10,373.10, formerly credited to account number 0001113598929, held in the name of Williams & Assoc. International Corp. at SunTrust Bank, 7474 Chancellor Drive, Orlando, Florida;

        ii.  United States currency in the amount of $125,541.85, formerly credited to account number 0001113599397, held in the name of Williams & Assoc. International Corp. Escrow Account at SunTrust Bank, Orlando, Florida;

        iii. United States currency in the amount of $7,942.31,

    iii. United States currency in the amount of $7,942.31, formerly credited to account number 0001113746771, held in the name of Williams & Assoc. International Corp. at SunTrust Bank, Orlando, Florida;

    iv. United States currency in the amount of $2,253.63, formerly credited to account number 1710001150, held in the name of FEP World Wide Industries Inc. at Northern Trust Bank of Florida, N.A., Miami, Florida;

    v. United States currency in the amount of $111,311.76, formerly credited to account number 1717010185, held in the name of FEP World Wide Industries Inc. at Northern Trust Bank of Florida, N.A., Miami, Florida;

    vi. United States currency in the amount of $12,562.72, formerly credited to account number 0140519944, held in the name of F&P Realty Advisors, at BB&T Bank;

    vii. United States currency in the amount of $30,972.10, formerly credited to account number 003672269645, held in the name of Williams & Associates, at Bank of America N.A., New York;

    viii. United States currency in the amount of $7,136.03, formerly credited to account number 003679508804, held in the name of Williams & Associates, at Bank of America N.A., Florida;

    ix. United States currency in the amount of $10,799.34, formerly credited to account number GO-57872-62, held in the name of Frederic B. Layne, at UBS Paine Webber; and

    x. United States currency in the amount of $150,000, formerly credited to Account No. 0066070866, held in the name of Neal R. Sonnett, P.A., Frederic Layne Special Escrow at Mellon United National Bank, (collectively, the "Forfeited Funds");

WHEREAS, on or about July 31, 2007 the Court ordered a Preliminary Order of Forfeiture with respect to the Forfeited Funds. A copy of the Preliminary Order of Forfeiture is attached hereto as exhibit A and is fully incorporated by reference herein;

WHEREAS, the provisions of 21 U.S.C. § 853(n)(1), require publication of notice of forfeiture and of the Government's intent to dispose of the Forfeited Funds before the United States can have clear title to the Forfeited Funds;

WHEREAS, notice of the forfeiture action was duly published in the <u>New York Law Journal</u>, once in each of three successive weeks beginning on October 12, 2007. Proof of such publications were filed with the clerk of the Court on December 7, 2007. A copy of the proof of publication is attached hereto as Exhibit B;

WHEREAS, pursuant to 21 U.S.C. § 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within 30 days of final publication of notice of the forfeiture as set forth in 21 U.S.C. § 853(n)(2); and

WHEREAS, 30 days have expired since final publication of notice and no petitions to contest the forfeiture have been filed;

NOW, THEREFORE, on the application of Michael J. Garcia, United States Attorney for the Southern District of New York, by Christopher Garcia and Lisa P. Korologos, Assistant United States Attorneys,

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Pursuant to 21 U.S.C. § 853(n)(7) the United

States of America shall and is hereby deemed to have clear title to the Forfeited Funds.

2. The United States Marshall Service shall take possession of the Forfeited Funds and dispose of the same according to law, in accordance with 21 U.S.C. § 853 (h).

3. The clerk is hereby directed to send copies of this Order to all counsel of record.

DONE AND ORDERED at Miami, Florida this 11 day of September, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE